**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 16-10-DLB-CJS-1
CIVIL ACTION NO. 18-122-DLB-CJS**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**v.**          **ORDER ADOPTING REPORT AND RECOMMENDATION**

**TRAVIS RAYSHAWN CLARK**                                       **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the August 31, 2020 Report and Recommendation ("R&R") of United States Magistrate Judge Candance J. Smith (Doc. # 171), wherein she recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 126) be denied.

No objections having been filed, and the extended time to do so having now expired, (Doc. # 171), the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 171) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) The Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 126) is hereby **DENIED**;

1

(3) The Defendant's Motion for Leave to File Amended § 2255 Motion (Doc. # 136) is **DENIED**;

(4) For the reasons set forth in the Magistrate Judge's R&R (Doc. # 171), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE**; and

(5) A separate Judgment will be filed concurrently herewith.

This 2nd day of October, 2020.

Signed By:
*David L. Bunning*   *DB*
**United States District Judge**

J:\DATA\ORDERS\Ashland Criminal\2016\16-10-1 Order adopting R&R.docx